UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC, *doing business as* WASHINGTON POST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TREASURY, et al.,<br><br>Defendants. | Civil Action No. 24-0804 (CJN) |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Defendants respectfully request a one-week extension—i.e., until July 17, 2024—of the deadline to file the next joint status report, which presently is due July 10, 2024. Plaintiff, through counsel, opposes this request and states the following: "The Washington Post, since mid-May, has endeavored to engage the Defendants in meaningful discussion to narrow the issues in this litigation and perhaps resolve it altogether. The Defendants have not cooperated in that effort. For this reason, while The Post and counsel always try to accommodate the scheduling needs of opposing counsel, we cannot do so here, and we therefore oppose the Defendants' request."

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made[] before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). "A schedule may only be modified for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

There exists good cause for the Court to grant the requested relief. In support of this motion, Defendants state as follows:

1. Except for a few days last week, the government attorney assigned to handle this case has been out of the office unexpectedly since mid-June due to a critical diagnosis of her mother, who in present circumstances is relying on the attorney for support and decisionmaking. At this time, the United States estimates that the assigned government attorney will be largely preoccupied with attending to this heartbreaking development for at least the next several weeks. Management in the Civil Division of the U.S. Attorney's Office is fully aware of the situation and has now assigned another line-government attorney to cover this matter during the absence of the previously-assigned attorney. Only late last week did it become clear that the attorney's mother's present condition would not enable the attorney to return to work in the near future.

2. Defendants regret not having been able to file this motion sooner, but until today it was not clear whether the Parties would be able to put together a substantive Joint Status Report by the current deadline. After being assigned to this matter and twenty-five others on July 8, 2024, which was the first business day after the previously-assigned attorney informed management that she would not be able to return to work in the immediate future, undersigned counsel began to review the record and conferred with the client agencies. It became immediately apparent to the undersigned that more time is needed to familiarize himself with this matter and confer further with the client agency.

3. The extension requested herein should enable the newly assigned Special Assistant U.S. Attorney to familiarize himself with the record and confer in detail with the clients to provide the Court a helpful joint status report.

4. This is the second extension that Defendants have requested for this deadline. The requested extension will not affect any other deadlines in this case.

5. Pursuant to Local Rule 7(m), counsel for Defendants conferred with Plaintiff's counsel, who indicated that Plaintiff opposes the relief requested herein.

6. Undersigned counsel apologizes for filing this motion on the eve before the parties' filing deadline. The undersigned hopes the Court will view the circumstances described above as extraordinary.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion and enlarge the time to submit the next Joint Status Report to July 17, 2024. A proposed Order is attached.

| | |
|---|---|
| Dated: July 9, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Alexander Schreiber*<br>    ALEXANDER SCHREIBER<br>    D.C. Bar No. 1724820<br>    Special Assistant U.S. Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-6754<br>    Alexander.Schreiber@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC, *doing business as* WASHINGTON POST,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF TREASURY, et al.,<br><br>        Defendants. | Civil Action No. 24-0804 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Second Motion for Extension of Time to File Joint Status Report, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall file their next joint status report by July 17, 2024.

SO ORDERED this _____ day of _____, 2024.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE